# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2026

Lyle W. Cayce
Clerk

No. 25-40101

CONSOLIDATED WITH

No. 25-40159

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CHRISTIAN ALLEN HANKS,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 7:23-CR-746-1,
7:24-CR-1257-1

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.
PER CURIAM:[*]

Christian Allen Hanks appeals his within-guidelines sentence of 360 months of imprisonment for production of child pornography and his below-guidelines sentence of 400 months of imprisonment, a downward departure,

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

for coercion and enticement of a minor to engage in illegal sexual activity. He argues that his sentences are substantively unreasonable.

Insofar as the Government challenges this court's jurisdiction to consider the extent of the district court's downward departure, this court can review Hanks's claim of substantive unreasonableness. *See United States v. Broussard*, 882 F.3d 104, 112-13 (5th Cir. 2018). To the extent that Hanks argues that his sentences are substantively unreasonable, our review is for abuse of discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The district court considered and rejected Hanks's arguments for lesser sentences, and he has not shown that the sentences fail to account for a factor that should receive significant weight, give significant weight to an irrelevant or improper factor, or "represent[] a clear error of judgment in balancing sentencing factors." *United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009). Thus, he has not rebutted the presumption of reasonableness that applies to his within and below-guidelines sentences. *See id*; *see also United States v. Gozes-Wagner*, 977 F.3d 323, 343 (5th Cir. 2020).

Accordingly, the judgments of the district court are AFFIRMED.